## Oliver Machine Tool Company, Appellant, v. Johnson Fare Box Company, Appellee.

### Gen. No. 44,430.

opinion filed June 7, 1948; rehearing denied June 21, 1948; released for publication June 23, 1948. Marshall, Murtaugh & Burgeson, for appellant; Lewis C. Murtaugh, of counsel; Damon, Hayes, White, Walk & Hoban, for appellee; Bernard Hoban and Vance C. Smith, Jr., of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

